COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Chad Guidry
Attorney at Law
P. O. Box 447
Kinder LA 70648

**REHEARING ACTION: August 23, 2017**

**Docket Number: 16   00915-KW**

**STATE OF LOUISIANA
VERSUS
DAVID BOURG**

**Writ Application from Allen Parish Case No. 2014-2706**

**<u>BEFORE JUDGES</u>:**

**Hon. Ulysses Gene Thibodeaux
Hon. Elizabeth A. Pickett
Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Bourg** has this day been

**DENIED.**

cc: Herbert Todd Nesom, Counsel for the Applicant
   Joe Green, Counsel for the Applicant